BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
CONSTANCE L. PICCIANO, State Bar No. 66172
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-6453
  Fax: (916) 324-5205

Attorneys for Defendants M. Songer, M.D., A.M. Leong, M.D., G. Cheatham, S. Dobbs and M. Bindle
48149280-SA2005100849

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY BUFORD,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**WASCO STATE PRISON, et al.,**<br><br>　　　　　　　　　　Defendants. | CIV F-01-5192 REC SMS P<br><br>**ORDER GRANTING REQUEST FOR SECOND EXTENSION OF TIME FOR RESPONSE TO PLEADING**<br><br>(Doc. 95) |

The Court, having considered defendants' request for an extension of time to file a responsive pleading, and good cause having been found, HEREBY ORDERS that Defendants shall be granted an extension of time, of thirty days, to and including May 20, 2005, to file a response to plaintiff's second amended complaint.

IT IS SO ORDERED.

Dated:  **April 20, 2005**　　　　　　　　　　　 **/s/ Sandra M. Snyder**
i0d3h8　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order Granting Second Request for Extension of Time

1