# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD, | CASE NO. 1:01-CV-5192 REC SMS P |
| Plaintiff, | ORDER STRIKING MOTION FOR FAILURE TO CERTIFY MOTION WAS SERVED ON DEFENDANTS' COUNSEL |
| v. | |
| WASCO STATE PRISON, et al., | (Doc. 102) |
| Defendants. | |

On May 16, 2005, plaintiff filed a motion relating to service of process. (Doc. 102.) The certificate of service attached to the motion does not state that the motion was served on defendants' counsel. Plaintiff is well aware of the requirement that he serve defendants' counsel and that he so state in the certificate of service.[1] Further, plaintiff's statement of non-opposition to defendants' request for an extension of time, filed May 5, 2005, demonstrates that plaintiff is aware that certain defendants have been served and are represented by counsel. (Doc. 99.)

<u>Plaintiff is hereby placed on notice that if he again submits a filing that does not include a certificate of service stating that he served a copy on defendants' counsel, he will be ordered to show cause why sanctions should not be imposed.</u>

///

///

///

///

---

[1] The court takes judicial notice of case number 1:00-CV-6496-REC-SMS-P <u>Buford v. Broom</u>.

1

1  Plaintiff's motion is HEREBY STRICKEN from the record for failure to include a certificate
2  of service stating the motion was served on defendants' counsel.  Fed. R. Civ. P. 5; Local Rule 5-
3  135.

7  IT IS SO ORDERED.

8  **Dated:   May 18, 2005**                    /s/ Sandra M. Snyder
   icido3                                      UNITED STATES MAGISTRATE JUDGE