# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>          Plaintiff,<br><br>     v.<br><br>WASCO STATE PRISON, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:01-CV-5192-REC-SMS-P<br><br>SECOND ORDER DIRECTING UNITED STATES MARSHAL TO INITIATE SERVICE ON DEFENDANTS HUERTAS AND CARBAHALL WITHOUT PREPAYMENT OF COSTS |

Plaintiff Timothy Buford ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 12132 (Americans with Disabilities Act). This action is proceeding on plaintiff's second amended complaint, filed January 8, 2004, against defendants Bindell, Dobbs, Cheatham, Leong, Songer, Huertas, and Carbahall on plaintiff's Americans with Disabilities Act claim. Defendants Bindell, Dobbs, Cheatham, Leong, and Songer waived service and have appeared in the action. However, the Marshal's previous attempt to locate and serve defendants Huertas and Carbahall was unsuccessful. **The court and the Marshal have a statutory duty to service process on plaintiff's behalf, and the response given to the Marshal by CDC to date is insufficient to allow the court to discharge this duty on the ground that defendants Huertas and Carbahall cannot be located.**[1] 28 U.S.C. § 1915(d); Fed. R. Civ. P.

---

[1] From the Litigation Coordinator's response, it appears that defendant Huertas was identified. The response that defendant is no longer at Wasco is insufficient. Unless Huertas is no longer employed by CDC, personnel at Wasco should be able to provide the Marshal with his current site of employment. With respect to defendant Carbahall, Carbahall appears to the court to be an uncommon last name. The court is not entirely persuaded at this juncture that the Litigation Office cannot identify this defendant. In the event that the Litigation Office is unable to identify and/or locate these defendants, clarification of the basis of its inability to do so will

1

4(c)(2). Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) One completed and issued summons for <u>each</u> defendant to be served;

    (2) One completed USM-285 form for <u>each</u> defendant to be served;

    (3) One copy of the second amended complaint filed on January 8, 2004 for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

    (4) One copy of this order for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

    (5) One copy of the court's consent form for <u>each</u> defendant to be served.

2. Within ten days from the date of this order, the United States Marshal is directed to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

    **C/O HUERTAS**

    **C/O CARBAHALL**

3. The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file for future use.

4. The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. **In attempting to identify and locate defendants Huertas and Carbahall, if the Litigation Office at Wasco is unable to assist, the Marshal is directed to seek the assistance of the Employment Office at Wasco, and, if necessary, contact the Legal Affairs Division in Sacramento and request the assistance of a special investigator.**

---

alleviate the court's concerns set forth in this footnote.

6. If a waiver of service is not returned by defendants within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

   a. Personally serve process and a copy of this order upon the defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

   b. Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendants, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendants. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendants in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

7. In the event that defendants make an appearance in this action by filing an answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve defendants.

8. In the event that defendants either waive service or are personally served, defendants are required to reply to the complaint. 42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

**Dated:   July 8, 2005**              /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE