UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>       Plaintiff,<br><br>vs.<br><br>WASCO STATE PRISON, et al.,<br><br>       Defendants.<br>_____/ | 1:01-cv-05192-REC-SMS-P<br><br>**ORDER ADOPTING FINDING AND RECOMMENDATIONS, AND DENYING DEFENDANTS' MOTION TO DISMISS**<br>(Docs. 106 and 121)<br><br>**ORDER REQUIRING DEFENDANTS TO FILE RESPOND TO SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS** |

    Plaintiff Timothy Buford ("plaintiff"), a prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 8, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the

Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 8, 2005, is ADOPTED IN FULL;

2. Defendants' motion to dismiss, filed May 20, 2005, is DENIED, without prejudice; and

3. Defendants shall file a response to plaintiff's second amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:  November 1, 2005**          /s/ Robert E. Coyle
668554                                UNITED STATES DISTRICT JUDGE

2