# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>WASCO STATE PRISON, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:01-CV-5192-REC-SMS-P<br><br>ORDER GRANTING REQUEST FOR CLARIFICATION AND DENYING REQUEST TO MODIFY ORDER, WITH PREJUDICE<br><br>(Doc. 124) |

    Plaintiff Timothy Buford ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 12132 (Americans with Disabilities Act). On November 8, 2004, the undersigned dismissed plaintiff's Eighth Amendment claim(s), equal protection claim, due process claim(s), section 1985 and section 1986 claims, and intentional infliction of emotional distress claim, with prejudice, for failure to state claims upon which relief may be granted. (Doc. 55.) On October 3, 2005, pursuant to Federal Rule of Civil Procedure 60, plaintiff filed a motion seeking clarification of the order and modification of the order to dismissal without prejudice. (Doc. 124.) Defendants did not file a response to the motion.

    Plaintiff's claims were dismissed from this action with prejudice. (Doc. 55.) The dismissal with prejudice does not reflect an error and the Court will not modify its order to a dismissal without prejudice. Plaintiff is not precluded from appealing the dismissal of his claims with prejudice. However, plaintiff must wait until this action is entirely over and judgment has been entered before he is entitled to appeal the dismissal to the Court of Appeals. Judgment has not been entered and will not be entered until this action is concluded. This Court already considered and denied

1 plaintiff's request for early entry of final judgment as to the dismissed claims. (Doc. 75.) Further, the previous entry of judgment referred to by plaintiff was due to a clerical error and has been vacated. (Docs. 58, 61.) Both the undersigned and the Magistrate Judge already explained this to plaintiff. (Docs. 61, 69.)

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for clarification is GRANTED, but plaintiff's motion to modify the order dismissing his claims with prejudice to one dismissing the claims without prejudice is DENIED, with prejudice;

2. No further motions filed prior to the conclusion of this action (including but not limited to motions for clarification or reconsideration) relating to the dismissal of these claims will be considered by the Court; and

3. Any such motions will be stricken from the record.

IT IS SO ORDERED.

Dated: **November 1, 2005**             /s/ Robert E. Coyle
668554                                  UNITED STATES DISTRICT JUDGE