# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>            Plaintiff,<br><br>    v.<br><br>WASCO STATE PRISON, et al.,<br><br>            Defendants.<br>                                                      / | CASE NO. 1:01-CV-5192-REC-SMS-P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT<br><br>(Doc. 134)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE FOR FAILING TO WAIVE SERVICE<br><br>(Doc. 142) |

I.  <u>Order</u>

   A.  <u>Motion for Extension of Time to Serve Defendant Carbajal</u>

Plaintiff Timothy Buford ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 12132 (Americans with Disabilities Act). This action is proceeding on plaintiff's second amended complaint, filed January 8, 2004, against defendants Carbajal, Bindel, Huertas, Dobbs, Cheatham, Leong, and Songer ("defendants") on plaintiff's ADA claim.

On November 7, 2005, plaintiff filed a motion seeking an extension of time to serve the summons and second amended complaint on defendant Carbajal. Fed. R. Civ. P. 4(m). (Doc. 134.) It is unnecessary for plaintiff to insert himself into the process surrounding service on defendant. Plaintiff is automatically entitled to service by the Marshal and such service is ordered and monitored by the court. Fed. R. Civ. P. 4(c)(2). If the process reaches a juncture at which plaintiff's

involvement is necessary, plaintiff will be notified via court order and either directed to take some action or invited to respond in some manner. In this instance, defendant Carbajal was personally served on November 14, 2005, and filed an answer on December 5, 2005. Thus, in addition to being unnecessary, plaintiff's motion has been rendered moot.

      B.      <u>Order to Show Cause for Failing to Waive Service</u>

On December 13, 2005, the court ordered defendant Carbajal to show cause for failing to waive service. (Doc. 142.) Defendant filed a response on January 12, 2006. (Doc. 145.) Based on defendant's response, the court will not assess against him the cost of personal service and shall discharge the order to show cause.

      C.      <u>Conclusion</u>

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to serve defendant Carbajal, filed November 7, 2005, is DENIED; and

2. The order to show cause for failing to waive service, filed December 13, 2005, is DISCHARGED.

IT IS SO ORDERED.

**Dated:   April 20, 2006**                     **/s/ Sandra M. Snyder**
icido3                                                   UNITED STATES MAGISTRATE JUDGE