# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD, | CASE NO. 1:01-CV-5192-REC-SMS-P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND PRAYER FOR RELIEF |
| v. | |
| WASCO STATE PRISON, et al., | (Doc. 139) |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO FILE IN AMENDMENT, AND NOTIFYING PARTIES THAT PLAINTIFF'S SECOND AMENDED COMPLAINT IS DEEMED AMENDED TO INCLUDE THE SEPARATE PRAYER FOR RELIEF |

Plaintiff Timothy Buford ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 12132 (Americans with Disabilities Act). This action is proceeding on plaintiff's second amended complaint, filed January 8, 2004, against defendants Carbajal, Bindel, Huertas, Dobbs, Cheatham, Leong, and Songer ("defendants") on plaintiff's ADA claim. On December 2, 2005, plaintiff filed a motion seeking leave to amend his prayer for relief and submitted a proposed amendment.

Although the court requires amended pleadings to be complete within themselves, has advised plaintiff of this requirement in court documents 93, 112, 122, and 131, and has rejected plaintiff's previous attempts to amend piecemeal, the court deems that in the interest of expediting these proceedings and allowing this action to continue to proceed on the second amended complaint filed on January 8, 2004, plaintiff shall be allowed to amend his prayer for relief by separate

1  amendment. The Clerk's Office shall be directed to file in the proposed amended prayer for relief
2  and the parties are notified that the second amended complaint, filed January 8, 2004, is deemed
3  amended to include the prayer for relief submitted by plaintiff on December 2, 2005, and filed in
4  accordance with this order.

5      Plaintiff is cautioned that the court's decision in this order should not be taken as an
6  indication that he may attempt to amend his pleadings piecemeal or that the court has changed any
7  of the requirements plaintiff has been previously notified about via the court's orders. The exception
8  made by this order applies only to the proposed amendment at issue in this order.

9      Finally, in a separate order issued concurrently with this order, the court denied plaintiff's
10 motion seeking leave to amend to add the State of California as a defendant and a claim for
11 deliberate indifference. Therefore, any and all references to the State of California as a defendant
12 in the prayer for relief at issue in this order are disregarded.

13     Accordingly, it is HEREBY ORDERED that:

14     1.    Plaintiff's motion seeking leave to amend his prayer for relief, filed December 2,
15         2005, is GRANTED;

16     2.    The Clerk's Office shall file in the amendment lodged with the court on December
17         2, 2005;

18     3.    The second amended complaint, filed January 8, 2004, is deemed amended to include
19         the prayer for relief filed in accordance with this order; and

20     4.    Reference to the State of California as a defendant in the prayer for relief is
21         DISREGARDED.

22

23 IT IS SO ORDERED.

24 **Dated:   April 20, 2006**              /s/ Sandra M. Snyder
   icido3                                UNITED STATES MAGISTRATE JUDGE
25

26

27

28