# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASCO STATE PRISON, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:01-CV-5192-REC-SMS-P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A COURT ORDER REQUIRING DEFENDANTS TO FILE AMENDED ANSWER CURING DEFICIENCIES AS IDENTIFIED BY PLAINTIFF<br><br>(Doc. 143)<br><br>ORDER DIRECTING DEFENDANTS TO FILE AMENDED ANSWER CORRECTING TYPOGRAPHICAL ERROR REGARDING FILING DATE FOR SECOND AMENDED COMPLAINT<br><br>(Docs. 137, 141, 144) |

　　Plaintiff Timothy Buford ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 12132 (Americans with Disabilities Act). This action is proceeding on plaintiff's second amended complaint, filed January 8, 2004, against defendants Carbajal, Bindel, Huertas, Dobbs, Cheatham, Leong, and Songer ("defendants") on plaintiff's ADA claim. On December 16, 2005, plaintiff filed a motion seeking a court order requiring defendants to file an amended answer.

　　Plaintiff seeks an order requiring defendants to amend their answer to respond by separate paragraph to each numbered paragraph in the second amended complaint. Plaintiff contends that because defendants responded to groupings of paragraphs in the second amended complaint rather than each paragraph separately, he is confused regarding their responses.

1

1  The federal system is one of notice pleading. Fed. R. Civ. P. 8. As plaintiff has been
2 previously notified by this court in a different action, "an answer shall contain 'in short and plain
3 terms the party's defenses to each claim asserted and shall admit or deny the averments upon which
4 the adverse party relies.' Fed. R. Civ. P. 8(b). The function of the answer 'is to put the case 'at
5 issue' as to all important matters alleged in the complaint that the defendant does not want to admit.'
6 JUDGE WILLIAM W. SCHWARZER ET AL., FEDERAL CIVIL PROCEDURE BEFORE TRIAL § 8:197
7 (2005)." (Doc. 171 in CV-F-00-6496-REC-SMS-P <u>Buford v. Vang</u>, of which the court takes judicial
8 notice.)

9  Plaintiff himself numbered the paragraphs in his second amended complaint and it is this
10 numbering system which guides defendants' answer. For example, defendants state, "In response
11 to paragraphs 1 through 5, entitled Statement of the Case, Defendants admit that Plaintiff was
12 incarcerated at Wasco State Prison from November 2, 2000, to February 27, 2001; admit that
13 Defendants Bindel [,] Cheatham, Dobbs, Leong, and Songer were employed at Wasco State Prison
14 at the times alleged in the complaint; deny that Defendants can be sued in their individual capacities;
15 and admit that Defendants acted under color of state law. Defendants are without sufficient
16 information and belief to answer the remaining allegations and on that basis deny each and every
17 other allegation of paragraphs 1 through 5." (Doc. 143, Motion, Attachment, 1:24-2:4.)

18  Plaintiff is not entitled to demand that defendants respond by separate paragraph to each and
19 every separate paragraph in his second amended complaint. There is no requirement that an answer
20 follow a set format. In each responsive paragraph, defendants identify the paragraphs in the second
21 amended complaint they are responding to, set forth the allegations they admit to, and deny, either
22 specifically or generally, the remaining allegations. The court is not persuaded that this format is
23 somehow deficient or that plaintiff is so confused by this format that he cannot determine which
24 allegations defendants have admitted and which allegations defendants have denied. Plaintiff's
25 motion shall be denied.

26  In reviewing defendants' answers, the court notes that they identified the filing date for
27 plaintiff's second amended complaint as January 8, 2005, rather than January 8, 2004. To avert any
28 ///

potential future issue concerning this error, defendants are directed to file an amended answer correcting this error.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for an order requiring defendants to file an amended answer in which each paragraph in the complaint is responded to separately, filed December 16, 2005, is DENIED, with prejudice; and

2. Within **thirty (30) days** from the date of service of this order, defendants shall file an amended answer correcting the date on which plaintiff's second amended complaint was filed.

IT IS SO ORDERED.

**Dated:   April 20, 2006**              **/s/ Sandra M. Snyder**
icido3                                    UNITED STATES MAGISTRATE JUDGE