# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>WASCO STATE PRISON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:01-CV-5192-REC-SMS-P<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE ORDER TO SHOW CAUSE<br><br>(Doc. 154) |

     On April 20, 2006, the court issued an order requiring plaintiff to show cause within thirty days why sanctions should not be imposed against him. On May 12, 2006, plaintiff filed a request for an extension of time fo file a response to the order on the ground that he is having mental health issues which preclude him from litigating this action until he is stabilized.

     Plaintiff's motion for an extension of time is HEREBY GRANTED and plaintiff has **thirty (30) days** from the date of service of this order within which to file a response to the order to show cause. However, any further motions seeking an extension of time must be accompanied by evidence supporting the stated reason for the need for an enlargement of time.

IT IS SO ORDERED.

**Dated:**   **May 30, 2006**                    /s/ Sandra M. Snyder
i0d3h8                                        UNITED STATES MAGISTRATE JUDGE