1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  TIMOTHY BUFORD,                         CASE NO. 1:01-CV-5192-REC-SMS-P

10            Plaintiff,                   ORDER REQUIRING DEFENDANTS TO FILE
                                           SECOND AMENDED ANSWER

11       v.
                                           (Doc. 153)
12  WASCO STATE PRISON, et al.,

13            Defendants.
    _____/

14

15       On April 20, 2006, the court issued an order requiring defendants to file an amended answer

16  curing the deficiency in the date plaintiff's second amended complaint was filed.  Defendants filed

17  an amended answer on in compliance with the court's order on April 28, 2006.  However, defendants

18  failed to include defendant Huertas in the answer, although he was listed in the caption.

19       Accordingly, within **fifteen (15) days** from the date of service of this order, defendants shall

20  file a second amended complaint curing the deficiency identified in this order.

21

22  IT IS SO ORDERED.

23  **Dated:    June 2, 2006**                    _____/s/ Sandra M. Snyder_____
    icido3                                        UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

1