1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  TIMOTHY BUFORD,                              CASE NO. 1:01-CV-5192-REC-SMS-P

10                  Plaintiff,                  NOTICE OF ERRATUM

11      v.                                      (Doc. 157)

12  WASCO STATE PRISON, et al.,

13                  Defendants.

14  _____/

15        Line twenty on page one should read "second amended answer, not "second amended

16  complaint."

17

18  IT IS SO ORDERED.

19  **Dated:    June 7, 2006**                         **/s/ Sandra M. Snyder**
    icido3                                    UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28

1