UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>WASCO STATE PRISON, et al.,<br><br>    Defendants. | 1:01-CV-05192-AWI-SMS-P<br><br>ORDER GRANTING PLAINTIFF THIRTY-DAY EXTENSION OF TIME TO FILE OBJECTION TO FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 162) |

On October 16, 2006, plaintiff filed a motion to extend time to file an objection to the Findings and Recommendations filed on September 14, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an objection to the Findings and Recommendations.

IT IS SO ORDERED.

**Dated:   November 9, 2006**            /s/ Sandra M. Snyder
i0d3h8                                                     UNITED STATES MAGISTRATE JUDGE