UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WASCO STATE PRISON, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:01-cv-05192-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 161)<br><br>**ORDER SANCTIONING PLAINTIFF $250.00 FOR ACTING IN BAD FAITH, DUE WITHIN THIRTY DAYS** (Doc. 147) |

　　Plaintiff Timothy Buford ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　On September 14, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  On November 13, 2006, plaintiff filed an objection to the Magistrate Judge's Findings and Recommendations.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 14, 2006, is ADOPTED IN FULL;

2. Plaintiff is sanctioned in the amount of **$250.00** for acting in bad faith in filing the motion to amend on November 14, 2005;

3. The monetary sanction be made payable to the United States District Court for the Eastern District of California and be remitted within **thirty (30) days** from the date of service of this order; and,

4. This action will be dismissed if plaintiff fails to comply with the order and remit the monetary sanction.

IT IS SO ORDERED.

**Dated:   January 11, 2007**              /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE