1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD, | CASE NO.   1:01-cv-05192-AWI-SMS PC |
| Plaintiff, | APPEAL NO. 07-15988 |
| v. | **NOTICE AND ORDER FINDING THAT PLAINTIFF IS NOT ENTITLED TO PROCEED IN FORMA PAUPERIS ON THE APPEAL FILED MAY 16, 2007** |
| WASCO STATE PRISON, et al., | |
| Defendants. | **ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF ORDER ON NINTH CIRCUIT** |
| _____/ | |

       Plaintiff Timothy Buford ("Plaintiff") is a prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 12, 2007, the Court dismissed this action, with prejudice, based on Plaintiff's failure to pay the sanctions assessed against him for bad faith conduct.  (Doc. 166.)  Plaintiff filed a notice of appeal on May 16, 2007. (Doc. 172.)

       Pursuant to the Federal Rules of Appellate Procedure,

> A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless: (A) the district court - before or after the notice of appeal is filed - certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or
> (B) a statute provides otherwise.

Fed. R. App. P. 24(a)(3).

///

1

1

> The district clerk must immediately notify the parties and the court of appeals when
> the district court does any of the following:

2

> (A) denies a motion to proceed on appeal in forma pauperis;
> (B) certifies that the appeal is not taken in good faith; or

3

> (C) finds that the party is not otherwise entitled to proceed in forma pauperis.

4   Fed. R. App. P. 24(a)(4).

5   Because Plaintiff was proceeding in forma pauperis in this action in the district court,

6   Plaintiff is entitled to proceed in forma pauperis on appeal unless the Court makes a finding to the

7   contrary.  For the reason that follows, the Court finds that Plaintiff is not entitled to proceed in forma

8   pauperis on his appeal filed May 16, 2007.

9   28 U.S.C. § 1915 governs proceedings in forma pauperis.  Section 1915(g) provides that "[i]n

10   no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more

11   prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court

12   of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state

13   a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious

14   physical injury."  Plaintiff became subject to section 1915(g) on December 16, 2002, when his third

15   action was dismissed for failure to state a claim upon which relief may be granted.[1]  Because Plaintiff

16   is subject to section 1915(g) and has made no showing that he is "under imminent threat of serious

17   physical injury," id., plaintiff's is not entitled to proceed eave to proceed in forma pauperis on

18   appeal, Fed. R. App. P. 24(a)(4)(C).

19   Based on the foregoing, it is HEREBY ORDERED that:

20   1.   Pursuant to 28 U.S.C. § 1915(g), Plaintiff is not entitled to proceed in forma pauperis

21   on the appeal filed on May 16, 2007;

22   2.   Pursuant to Federal Rule of Appellate Procedure 24(a)(4)(C), this order serves as

23   notice to the parties and the United States Court of Appeals for the Ninth Circuit of

24   the finding that Plaintiff is not entitled to proceed in forma pauperis for this appeal;

25   and

26

27

28

---

[1] The Court takes judicial notice of the following Eastern District of California cases: Buford v. Gray, 1:00-cv-06206-OWW-SMS PC (dismissed for failure to state a claim on 1/23/01), Buford v. Fresno County Jail, 1:00-cv-05542-OWW-HGB PC (dismissed for failure to state a claim on 3/21/01), and Buford v. Hicks, 1:02-cv-05265-AWI-DLB PC (dismissed for failure to state a claim on 12/16/02).

1     3.      The Clerk of the Court shall serve a copy of this order on the parties and the United

2     States Court of Appeals for the Ninth Circuit.

4     IT IS SO ORDERED.

5     **Dated:**   **June 18, 2007**                  **/s/ Anthony W. Ishii**
                                                    UNITED STATES DISTRICT JUDGE