# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>WASCO STATE PRISON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:01-cv-05192-AWI-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF DISCOVERY AND PRETRIAL DISPOSITIVE MOTION DEADLINES<br><br>(Docs. 190 and 191)<br><br>Discovery Deadline:   June 30, 2008<br><br>Pretrial Dispositive<br>Motion Deadline:   July 30, 2008 |

This is a civil rights action filed pursuant to 42 U.S.C. § 12132 (Americans with Disabilities Act) by Plaintiff Timothy Buford ("Plaintiff"), a former prisoner proceeding pro se and in forma pauperis. On March 3, 2008, and March 14, 2008, Plaintiff filed motions seeking an extension of the discovery and pretrial dispositive motion deadlines set in the scheduling order filed on September 20, 2007.

The Court has considered Plaintiff's motions and they are HEREBY GRANTED, with the extensions applicable to all parties. The discovery deadline is extended to **June 30, 2008**, and the pretrial dispositive motion deadline is extended to **July 30, 2008**.

IT IS SO ORDERED.

**Dated:**   **April 24, 2008**                                       /s/ Sandra M. Snyder
                                                                          UNITED STATES MAGISTRATE JUDGE