# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>WASCO STATE PRISON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:01-cv-05192-AWI-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DEFENDANT CHEATHAM TO RESPOND TO HIS WRITTEN DEPOSITION QUESTIONS<br><br>(Doc. 192) |

This is a civil rights action filed pursuant to 42 U.S.C. § 12132 (Americans with Disabilities Act) by Plaintiff Timothy Buford ("Plaintiff"), a former prisoner proceeding pro se and in forma pauperis. On March 19, 2008, Plaintiff filed a motion to compel Defendant Cheatham to respond to written deposition questions propounded by Plaintiff on February 13, 2008.

Depositions by written question require compliance with Rule 31 of the Federal Rule of Civil Procedure, and the procedure entails more than simply mailing questions to a deponent and awaiting his or her written response. Plaintiff has submitted no evidence that he is aware of the requirements, and complied with them, including having retaining an officer to take responses and prepare the record. Fed. R. Civ. P. 31(b). For this reason, Plaintiff has not met his burden as the party moving for an order compelling a response and his motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   April 25, 2008                     /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE

1