IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WASCO STATE PRISON, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:01-cv-05192-AWI-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF THE PRETRIAL DISPOSITIVE MOTION DEADLINE, AND EXTENDING DEADLINE FOR ALL PARTIES<br><br>(DOCUMENT #198)<br><br>THIRTY-DAY DEADLINE |

　　　　On July 28, 2008, Plaintiff filed a timely motion for an extension of the pretrial dispositive motion deadline. Good cause having been presented to the Court, the motion shall be granted. In light of the current crisis involving judicial resources in the Eastern District of California, the parties are requested to consider whether this case is amenable to settlement prior trial, should the action need to be set for trial following resolution of the parties' motions for summary judgment.

　　　　Accordingly, Plaintiff's motion is HEREBY GRANTED, and the pretrial dispositive motion deadline is extended **thirty (30) days** from the date of service of this order, applicable to all parties.


IT IS SO ORDERED.

**Dated:　August 7, 2008**　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE