IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD, | 1:01-cv-05192-AWI-SMS (PC) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTION** |
| vs. | |
| WASCO STATE PRISON, et al., | **(Doc. 200)** |
| Defendants. | **New Dispositive Motion Deadline: 01/09/2009** |
| _____/ | |

On September 8, 2008, Plaintiff filed a motion seeking an extension of the pretrial dispositive motion deadline, and on September 19, 2008, Defendants filed a statement of non-opposition. (Docs. 200, 202.) Accordingly, Plaintiff's motion, filed September 8, 2008, is HEREBY GRANTED.

In light of the difficulties voiced by Plaintiff and Defendants' counsel, the pretrial dispositive motion deadline is extended to January 9, 2009, applicable to all parties.

IT IS SO ORDERED.

**Dated:   October 2, 2008**           **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE