# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD, | CASE NO. 1:01-cv-05192-AWI-SMS PC |
| Plaintiff, | ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE BEFORE UNITED STATES MAGISTRATE JUDGE NANDOR VADAS WOULD BE BENEFICIAL |
| v. | |
| WASCO STATE PRISON, et al., | |
| Defendants. | THIRTY-DAY DEADLINE |

This Court has been provided with the opportunity to refer cases for settlement to the Honorable Nandor Vadas, a United States Magistrate Judge with the Northern District of California. The Court has identified this case as one which might be appropriate for referral. Settlement conferences are held in person at a prison in the Sacramento Division of the Eastern District of California. Plaintiff and Defendants shall notify the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference with Judge Vadas.[1]

Plaintiff is currently housed at the Solano County Jail. Should the parties desire a settlement conference with Judge Vadas, the Court will have to look into what avenues are available to effectuate the settlement conference at the prison. Defendants' counsel shall notify the Court whether, to her knowledge, there are security concerns that would prohibit scheduling a settlement conference.

---

[1] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

1  <u>Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff and Defendants shall file a written response to this order.</u>[2]

IT IS SO ORDERED.

Dated:   October 10, 2008                    /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE

---

[2] The issuance of this order does not guarantee referral to Judge Vadas, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference with Judge Vadas. If the case is referred for settlement, the case will be stayed by order pending completion of the settlement conference.