# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>      Plaintiff,<br><br>   v.<br><br>WASCO STATE PRISON, et al.,<br><br>      Defendants.<br>_____/ | CASE NO. 1:01-cv-05192-AWI-SMS PC<br><br>ORDER DISCHARGING ORDER REGARDING SETTLEMENT CONFERENCE<br><br>(Doc. 204) |

On October 14, 2008, the parties were ordered to notify the Court whether they were interested in participating in a settlement conference before the Honorable Nandor J. Vadas. (Doc. 204.) Plaintiff does not wish to participate in a settlement conference before Judge Vadas, and both Plaintiff and Defendants have indicated that they may be able to settle this case between themselves without the Court's assistance. (Docs. 207, 208.)

Accordingly, the Court's order of October 14, 2008, is HEREBY DISCHARGED. If the parties find they need assistance with settlement, they may request a conference before Judge Vadas or they may request a conference with this Court, which will allow a telephonic settlement conference if the parties prefer.

IT IS SO ORDERED.

Dated:    November 19, 2008                    /s/ Sandra M. Snyder
                                                                  UNITED STATES MAGISTRATE JUDGE

1