# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>WASCO STATE PRISON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:01-cv-05192-AWI-SMS PC<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE, AND DIRECTING DEFENDANTS' COUNSEL TO ARRANGE AND INITIATE CONFERENCE CALL<br><br>(Docs. 210 and 211)<br><br>Date:      02/17/2009<br>Time:     10:00 a.m.<br>Courtroom:  7 |

Pursuant to the parties' notices regarding their settlement efforts, filed on January 13, 2009, and January 15, 2009, it is HEREBY ORDERED that:

1. Plaintiff's motion for a conference is GRANTED, and this matter is set for a telephonic status conference on February 17, 2009, at 10:00 a.m. in Courtroom 7 before the undersigned;

2. Defendants' counsel shall arrange the conference call and initiate the call to (559) 499-5690; and

3. Prior to the hearing, Plaintiff is required to provide Defendants' counsel with a telephone number at which he can be reached for the telephonic conference.

IT IS SO ORDERED.

**Dated:    January 22, 2009**            **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

1