IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **TIMOTHY BUFORD,**<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**WASCO STATE PRISON, et al.,**<br><br>　　　　　　　　　Defendants. | Case No.: 1:01-cv-05192-AWI-SMS PC<br><br>**ORDER GRANTING EXTENSION OF TIME TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS, AND CONTINUING SETTLEMENT CONFERENCE**<br><br>**(Doc. 218)**<br><br>Sett. Conf. Stmts. Due:  May 27, 2009<br><br>Sett. Conf.:  June 3, 2009, at 10:00 a.m. before SMS |

　　　**GOOD CAUSE APPEARING**, Defendants' request for extension of time to respond to the Court's Order is granted.  Defendants and Plaintiff have up to and including **May 27, 2009**, to mail a confidential settlement conference statement to the Court, as provided in the Court's Order dated February 17, 2009.  Additionally, the telephonic settlement conference is rescheduled for **June 3, 2009, at 10:00 a.m.** before the undersigned.

IT IS SO ORDERED.

**Dated:   March 6, 2009**　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1