# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD, | CASE NO. 1:01-cv-05192-AWI-SMS PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE ORDER, AND SEND PROOF OF SERVICE FORM |
| v. | |
| WASCO STATE PRISON, et al., | (Doc. 220) |
| Defendants. | |

Pursuant to Plaintiff's notice of change of address, the Clerk's Office is HEREBY DIRECTED to re-serve the Court's order of March 6, 2009, which continued the settlement conference to June 3, 2009, and extended the deadline to submit settlement conference statements to May 27, 2009.

Further, pursuant to Plaintiff's request, the Clerk's Office SHALL send Plaintiff a proof of service form.

IT IS SO ORDERED.

**Dated:   April 1, 2009**                    /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE

1