# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WASCO STATE PRISON, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:01-cv-05192-AWI-SMS PC<br><br>ORDER VACATING TELEPHONIC SETTLEMENT CONFERENCE SET FOR JUNE 3, 2009 AT 10:00 A.M.<br><br>(Doc. 219)<br><br>ORDER DENYING MOTION AS MOOT<br><br>(Doc. 223)<br><br>Pretrial Dispositive Motion Deadline: 09/14/2009 |

Plaintiff Timothy Buford is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 12132 (Americans with Disabilities Act). This matter is set for a telephonic settlement conference on June 3, 2009, at 10:00 a.m. before the undersigned. The parties were ordered to file settlement conference statements on or before May 27, 2009. To date, the Court has not received Plaintiff's settlement conference statement. Accordingly, (1) the telephonic settlement conference is HEREBY VACATED; (2) Plaintiff's pending motion for an order requiring the appearance of a representative with settlement authority is DENIED as moot; and (3) the deadline for the parties to file pretrial dispositive motions is set for September 14, 2009.

IT IS SO ORDERED.

Dated:     June 1, 2009                         /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE

1