# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD, | CASE NO. 1:01-cv-05192-AWI-SMS PC |
| Plaintiff, | ORDER DENYING MOTION TO RESCHEDULE SETTLEMENT CONFERENCE |
| v. | |
| WASCO STATE PRISON, et al., | (Doc. 227) |
| Defendants. | ORDER REQUIRING DEFENDANTS TO NOTIFY COURT WITHIN FIFTEEN DAYS WHETHER THEY CONSENT TO OR DECLINE MAGISTRATE JUDGE JURISDICTION |

This matter was scheduled for a settlement conference on June 3, 2009. The Court vacated the conference because Plaintiff failed to submit his settlement conference statement by May 27, 2009. On June 18, 2009, Plaintiff filed a motion requesting that the settlement conference be rescheduled. On June 19, 2009, the Court received Plaintiff's confidential settlement conference statement.

Having reviewed both parties' confidential settlement conference statements, the Court finds that Plaintiff and Defendants are too far apart for a settlement conference to be of any benefit. Therefore, Plaintiff's motion shall be denied. The deadline for filing pretrial dispositive motions is set for September 14, 2009. This matter will thereafter be set for jury trial if no motions are filed or if the motions filed do not resolve the case.

Accordingly, it is HEREBY ORDERED that:

1.   Plaintiff's motion to reschedule the settlement conference, filed June 18, 2009, is

1  DENIED; and

2. Within **fifteen (15) days** from the date of service of this order, Defendants shall notify the Court whether or not they consent to Magistrate Judge jurisdiction.[1]

IT IS SO ORDERED.

Dated:     **June 22, 2009**                              /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants previously declined to waive any conflict arising from having the same judge assigned to all matters including settlement.  Defendants are requested to again address the issue of consent in light of the Court's decision that a settlement conference would not be beneficial.