# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD, | CASE NO. 1:01-cv-05192-AWI-SMS PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS' COUNSEL TO FILE A RESPONSE TO THE COURT'S ORDER OF JUNE 22, 2009 |
| v. | |
| WASCO STATE PRISON, et al., | (Doc. 228) |
| Defendants. | TWENTY-DAY DEADLINE |

On June 22, 2009, the Court ordered Defendants to notify the Court within fifteen days whether or not they consent to Magistrate Judge jurisdiction.[1] Defendants have not complied with the order.

Within **twenty (20) days** from the date of service of this order, Defendants' counsel shall file a response to the Court's order of June 22, 2009.

IT IS SO ORDERED.

Dated:   September 3, 2009              /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants previously declined to waive any conflict arising from having the same judge assigned to all matters including settlement. Defendants are requested to again address the issue of consent in light of the Court's decision that a settlement conference would not be beneficial.

1