IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>WASCO STATE PRISON, et al.,<br><br>    Defendants.<br>_____/ | 1:01-cv-05192-SMS PC<br><br>ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO FILE OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT<br><br>(Motion#245)<br><br>Deadline:     July 16, 2010 |

On June 30, 2010, Defendants filed a motion seeking an extension of time to and including July 16, 2010, within which to file an opposition to Plaintiff's motion for summary judgment and a cross-motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants' motion is GRANTED, and their opposition and cross-motion for summary judgment shall be filed on or before July 16, 2010.


IT IS SO ORDERED.

**Dated:   July 1, 2010**                         **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE